FILED

AUG 19 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROBERT WAYNE BOLING, JR. (1),**
**FREDRICK BROWN (2),**
**TRORICE CRAWFORD (3),**
**ALLAN ALBERT KERR (4), and**
**JONGMIN SEOK (5)**

**Defendants.**

**CRIMINAL NO: SA-19-CR-00524-OG**

**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT**

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and would advise the Court of the following:

At the time of the issuing of the Indictment and Arrest Warrant, it was imperative to seal these documents to avoid the investigation being jeopardized prior to the arrest of the Defendants. Based on its belief that the Defendants have been arrested or are aware this Indictment is pending, it is no longer necessary to have the documents in this case sealed.

WHEREFORE, PREMISES CONSIDERED, the United States moves this Court to enter an Order unsealing the Indictment, Arrest Warrant and all other documents in the above-captioned case.

Respectfully submitted,

**JOHN F. BASH**
**UNITED STATES ATTORNEY**

BY: ______

JOSEPH E. BLACKWELL
Assistant U.S. Attorney
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216