**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROBERT WAYNE BOLING, JR. (1),**
**FREDRICK BROWN (2),**
**TRORICE CRAWFORD (3),**
**ALLAN ALBERT KERR (4), and**
**JONGMIN SEOK (5)**

**Defendants.**

**CRIMINAL NO: SA-19-CR-00524-OG**

# ORDER

Having come to the attention of the Court that Defendants are currently in custody and has been determined it no longer serves the public interest for the Indictment, Arrest Warrant and all documents in the above-captioned case to remain sealed from public inspection.

Therefore, the United States District Clerk is ORDERED to unseal the Indictment, Arrest Warrant and all documents in the case and file it in the public records of this Court.

ORLANDO L. GARCIA
CHIEF, UNITED STATES DISTRICT JUDGE